APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: KEVIN GALLAGHER
(Please print)

STREET ADDRESS: 1450 JOLIET STREET

CITY/STATE/ZIP: DYER INDIANA

PHONE NUMBER: 815-557-4976

CASE NUMBER: 08CV1424
JUDGE GETTLEMAN
MAG. JUDGE BROWN

_____        MARCH 10 2008
Signature                      Date

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT