UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) KEVIN GALLAGHER

Case Number: 08CV1424 JUDGE GETTLEMAN MAG. JUDGE BROWN

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V.

Defendant(s) OFFICE OF PUBLIC DEFENDER,
SUPERVISOR - ROBERT A. MILLER,
LA WANDA ALLEN, PUBLIC DEFENDER
COUNTY OF DUPAGE ILL

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, KEVIN GALLAGHER, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:
   (1) SEE ATTACH LIST, + CALLED PEOPLES LAW OFFICE REAL ELSON @ 773 235 0070
   (2) ANTHONY T CAPUA 708-484-0814 6828 WINDSOR AVE "A" BERWYN ILL 60402   AND ADDITIONAL LAW FIRMS SEE ATTACHED.

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Kevin Gallagher_                                   1450 JOLIET STREET
Movant's Signature                                  Street Address

MARCH 10 2008                                       DYER INDIANA 46311
Date                                                City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: ~~MATTH~~ MATTHEW KENNELLY   Case Number: 07C 4196

Case Title: KEVIN GALLAGHER vs. HIGHLAND PARK POLICE + HIGHLAND PARK + RAVINIA FESTIVAL

Appointed Attorney's Name: GREENBERG TRAURIG – TANISHA JONES   312-476-5113

If this case is still pending, please check box   ☒

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box   ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box   ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box   ☐

## tting Legal Help

The Young Lawyers Section of the Chicago Bar Association and the Chicago Council of Lawyers have each produced legal guides that include lists of organizations and agencies that may be able to help pro se litigants. The Young Lawyers Section of the Chicago Bar Association has prepared a handbook on legal proceedings called "Your Guide to the Law: A Basic Legal Handbook for Chicagoans." This pamphlet contains a list of agencies and organizations that provide free or low-cost legal services. The Chicago Council of Lawyers and The Fund For Justice have prepared a "Legal Services Directory for Free and Low Cost Legal Services in the Chicago Metropolitan Area."

The groups listed below are drawn from the CBA and Chicago Council/Fund for Justice material. These groups provide legal services covering a wide variety of topics, including adoption, bankruptcy, criminal matters, divorce and related family matters, employment, immigration, landlord-tenant problems, probate and social security. Some of these services deal with topics that may fall within the jurisdiction of this Court. Since some of the agencies and organizations listed do not handle all types of legal matters, you should call or write the agency for specific information.

Access Living  *HOUSING ISSUES ONLY*
310 S. Peoria St. Suite 201
Chicago, Illinois 60607
(312) 226-5900
TDD (312) 226-1687

AIDS Legal Council of Chicago  *HAS TO BE AIDS RELATED*
220 S. State Street, Room 1330
Chicago, Illinois 60604
(312) 427-8990

American Jewish Cong. Legal Clinic
22 West Monroe Suite 1900
Chicago, Illinois 60603
(312) 679-8289

2150 W. North Ave.  *TURNED DOWN*
Chicago, Illinois 60646
(773) 276-0084, ext. 236

Cabrini-Green Legal Aid Clinic  *NOT REACHABLE*
206 W. Division St.
Chicago, Illinois 60610
(312) 266-1345

Chicago Coalition for the Homeless  *I AM NOT HOMELESS*
Law Project
1325 S. Wabash Ave. Suite 205
Chicago, Illinois 60605
(312) 435-4548

Association House of Chicago

Chicago Legal Aid to  *NOT REACHABLE*
Incarcerated Mothers

(Guide to Civil Cases for Litigants Without Lawyers: Page 21)

...dolph St.  Suite 830  
... Illinois  60606  
...32-5537  ~~REFUSED~~

... Legal Clinic  
South Office  
2938 E. 91st St  
Chicago, Illinois  60617  
(773) 731-1762

2) Austin Office  
118 N. Central Ave.  
Chicago, Illinois  60644  
(773) 854-1610

3) Pilsen Office  
1909 S. Ashland Ave.  
Chicago, Illinois  60608  
(773) 226-2669

4) Roseland Office  
11015 S. Michigan Ave.  
Chicago, Illinois  60628  
(773) 660-8854

Chicago Volunteer Legal Services Foundation (CVLS)  
100 N. LaSalle, Suite 900  
Chicago, Illinois  60602  
(312) 332-1624  
(NOTE: CVLS has many legal clinics throughout Chicago. Call for specific locations.)

Community Economic Development Law Project  
188 West Randolph  Suite 2103  
Chicago, Illinois  60601

(312) 939-3638

Cook County Legal Assistance Foundation, Inc.  
1) North Suburban Office  
828 Davis St.  Suite 201  
Evanston, Illinois  60201  
(847) 475-3703  
TDD (847) 475-5580

*NOT LIVING IN COOK COUNTY*

2) South Suburban Office  
15325 S. Page Ave.  
Harvey, Illinois  60426  
(708) 339-5550  
TDD (708) 339-5564

3) West Suburban Office  
1146 Westgate St.  Suite 200  
Oak Park, Illinois  60301  
(708) 524-2600  
TDD (708) 524-2633

Cook County Legal Assistance Foundation Senior Citizens Legal Service  
828 Davis St.  Suite 201  
Evanston, Illinois  60201  
(847) 475-3703

*NOT OLD ENOUGH*

DePaul Legal Clinic  
23 E. Jackson Blvd. Room 950  
Chicago, Illinois  60604  
(312) 341-8294

*REFUSED*

Equipped for Equality, Inc.,  
The PAIR Project  
11 E. Adams, Suite 1200  
Chicago, Illinois  60603  
(312) 341-0022 or (800) 537-2632

*REFUSED*

Kent College of Law
Clinic: Advice Desk   *REVISED*
565 W. Adams St.   Suite 600
Chicago, Illinois   60661
(312) 906-5050

John Marshal Law School
Fair Housing Legal Clinic
28 East Jackson Blvd.   Suite 500
Chicago, Illinois   60604
(312) 786-2267

Land of Lincoln Legal
Assistance Foundation
413 E. Broadway
Alton, Illinois   62002
(618) 462-0036

Lawyers' Committee
For Better Housing
407 S. Dearborn St.   Suite 1075
Chicago, Illinois   60605
(312) 347-7600

Lawyers for the Creative Arts
213 W. Institute Place   Suite 411
Chicago, Illinois   60610
(312) 944-2787

Leadership Council for
Metropolitan Open Communities   *REMOVED*
401 S. State St.   Suite 860
Chicago, Illinois   60605
(312) 341-5678 or (312) 341-3678
TDD (312) 341-5679

Legal Advocacy Service of the   *REVISED*
Guardianship and Advocacy
Commission
160 N. LaSalle St.   Suite S-500
Chicago, Illinois   60601
(312) 338-7500
TDD (312) 793-5937

Legal Aid Bureau of
Metropolitan Family Services
14 E. Jackson Blvd. 15th Floor
Chicago, Illinois   60604
(312) 986-4200

Legal Assistance
Foundation of Chicago
General Intake Office
111 West Jackson
Chicago, Illinois   60604
(312) 341-1070
TDD (312) 431-1206

Life Span Center for Legal Services
20 E. Jackson Blvd.   Suite 500
Chicago, Illinois   60604
(312) 408-1210

Loyola University Community
Law Center
One E. Pearson   Suite 202
Chicago, Illinois   60610
(312) 915-7830

Mandel Legal Aid Clinic
University of Chicago Law School
6020 South University Ave.
Chicago, Illinois   60637
(773) 702-9611

Mexican American Legal Defense and
Educational Fund   *NOT MEXICAN*

**Referral Services**
(The following organizations will refer you to an attorney if you can afford to pay for legal services)

American Civil Liberties Union
20 E. Jackson Blvd. 16th Floor
Chicago, Illinois   60604
(312) 427-7330

*REFUSED*

The Ark
2341 W. Devon Ave.
Chicago, Illinois   60659
(312) 973-1000

Casa Central
Hispanic Social Service Agency
2222 N. Kedzie Blvd.
Chicago, Illinois   60604
(312)

Chicago Bar Association
Lawyer Referral Service
321 S. Plymouth Court
Chicago, Illinois   60604
(312) 554-2001

Chicago Council of Lawyers
220 S. State St.
Chicago, Illinois   60604
(312) 427-0710

Cook County Bar Association
175 W. Jackson Blvd.
Chicago, Illinois   60604
(312) 341-0053

Hispanic Lawyers Association

*NOT MIAMI*

8 S. Michigan Ave. Room 720
Chicago, Illinois   60603
(312) 782-6066

IIT-Chicago-Kent College of Law
Law Offices
565 West Adams, Ste. 600
Chicago, Illinois   60661
(312) 906-5050

Lesbian & Gay Bar Association
of Chicago
3225 N. Sheffield Ave.
Chicago, Illinois   60657
(312) 334-1637

*NOT GAY*

Mujeres Latinas in Action
1823 W. 17th St.
Chicago, Illinois   60605
(312) 226-1544

*NOT MIAMI*

North Suburban Bar Association
1441 Shermer Road   Suite 110
Northbrook, Illinois   60062
(847) 564-4800

*REFUSED*

Northwest Suburban Bar Association
1350 W. Northwest Highway
Mount Prospect, Illinois   60056
(847) 253-2562

South Suburban Bar Association
Lawyer Referral Service
3612 W. 21st St.   Suite 16
Olympia Fields, Illinois   60461
(708) 957-6260

Southwest Bar Association
P.O. Box 140

*WHERE*

542 S. Dearborn St. Room 750 *NO*
Chicago, Illinois    60604
(312) 427-9363

Northwestern University
Legal Assistance Clinic *NO*
357 E. Chicago Ave. Room 375
Chicago, Illinois    60611
(312) 503-8576
TDD (312) 503-4472

Poverty Law Project *LIBRARY ONLY,*
National Clearinghouse for *NOT A*
Legal Services *LAWYER*
205 W. Monroe St.  2nd Floor
Chicago, Illinois    60606
(312) 263-3830

Prairie State Legal Services, Inc.
415 W. Washington St.  Suite 002 *HOUSING ISSUES ONLY*
Waukegan, Illinois    60085
(847) 662-6925
TDD (847) 662-9920

Pro Bono Advocates
50 W. Washington St.
Richard J. Daley Center CL 88
Chicago, Illinois    60602
(312) 629-6945 *BAD NUMBER DOMESTIC*
*NEW NUMBER 312-325-9155 - DOMESTIC VIOLENCE ONLY*

Travelers and Immigrants Aid
of Chicago and *NOT AN*
Midwest Immigrants Rights Center *IMMIGRANT*
1)  208 S. LaSalle St.  Suite 1818
    Chicago, Illinois    60604
    (312) 629-1960

2)  4750 N. Sheridan Rd.
    Chicago, Illinois    60640

(312) 435-2900

3)  1817 S. Loomis St.
    Chicago, Illinois    60608
    (312) 435-4550

Uptown People's Law Center *NO*
4404 North Broadway St.
Chicago, Illinois    60640
(773) 769-1411

World Relief
3507 W. Lawrence Ave.  Suite 206
Chicago, Illinois    60625 *NO*
(773) 583-9191

SOUTH WEST BAR
Oak Lawn, Illinois   60454       NO
(708) 636-7415

West Suburban Bar Association    NO
320 Circle Avenue
Forest Park, Illinois   60130
(708) 366-1122

Women's Bar Association of      I AM
Illinois Referral Service       NOT A
20 N. Clark   Suite 1725        FEMALE
Chicago, Illinois   60602
(312) 346-9224