## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1424 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Kevin Gallagher       vs       Public Defender of Du Page County | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application [4] is granted.        Summons to issue
Plaintiff's motion [5] for appointment of counsel is denied without prejudice to renewal.

[Docketing to mail notices]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|