IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MR. KEVIN GALLAGHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 1424 |
| ) | Judge Gettleman |
| THE OFFICE OF THE PUBLIC ) | Mag. Judge Brown |
| DEFENDER OF DU PAGE COUNTY, ) | |
| COUNTY OF DU PAGE, LA WANDA ) | |
| ALLEN, Public Defender ROBERT A. ) | |
| MILLER, Public Defender Supervisor, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** Kevin Gallagher, 1450 Joliet Street, Dyer, IN 46311

**YOU ARE HEREBY** notified that on the 8th day of July, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, Courtroom No. 1703, or any other judge as may be holding court in his absence, in the courtroom usually occupied by him in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present our MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS, at which time and place you may appear as you see fit to do.

| | | |
|---|---|---|
| JOSEPH E. BIRKETT | By: | s/  Paul F. Bruckner |
| DuPage County State's Attorney | | PAUL F. BRUCKNER |
| By: Paul F. Bruckner, A.S.A. | | Assistant State's Attorney |
| Attorney No.6206660 | | |
| 503 N. County Farm Road | | |
| Wheaton, Illinois 60187 | | |
| (630)407-8200 | | |

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn upon oath states that:

On the 24th day of June, 2008, I served a copy of MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS, according to Fed.R.Civ.P. 5(a,), by mailing a copy to Kevin Gallagher and depositing the same in the U.S. Mail in Wheaton, Illinois with the proper postage prepaid.

s/Paul F. Bruckner
Assistant State's Attorney

W:\pfb\Gallager 6-24-08.nom