UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kevin Gallagher
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−01424
                                                            Honorable Robert W. Gettleman

Office of the Public Defender of DuPage County, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

MINUTE entry before the Honorable Robert W. Gettleman: Defendants Office of the Public Defender, Allen and Miller's motion [14] for extension of time to 7/8/2008 to file responsive pleadings is granted. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.