# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1424 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Kevin Gallagher    vs    Public Defender of DuPage County, et al | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [19] to dismiss plaintiffs' complaint is granted.

[Docketing to mail notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|