# United States District Court
## Northern District of Illinois
### Eastern Division

Kevin Gallagher                                    **JUDGMENT IN A CIVIL CASE**

                v                                                     Case Number 08 C 1424

Public Defender of DuPage County

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss plaintiffs' complaint is granted.

                                                                             Michael W. Dobbins,
                                                                             Clerk of Court

Date: July 15, 2008                              /s/ George Schwemin
                                                                        Deputy Clerk